# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HUGH NELSON,

    Plaintiff,

v.                                                         Case No. 6:20-cv-879-WWB-LHP

ATLAS APARTMENT HOMES, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on United States Magistrate Judge Leslie Hoffman Price's Report and Recommendation (Doc. 45), in which she recommends that the case be dismissed without prejudice for Plaintiff's failure to file a renewed motion for default judgment by the January 3, 2022 deadline set forth in Magistrate Judge Hoffman Price's December 20, 2021 Order (Doc. 44), or to otherwise request an extension. Plaintiff was warned in the December 20, 2021 Order that failure to file a renewed motion for default judgment on or before January 3, 2022, could result in dismissal of this case. (Doc. 44 at 8). Nevertheless, Plaintiff failed to comply with the Order. Accordingly, after an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 45) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on March 4, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record